## A93A2547. EVANS v. THE STATE.
(457 SE2d 250)

RUFFIN, Judge.

In accordance with the judgment of the Supreme Court in *State v. Evans*, 265 Ga. 332 (454 SE2d 468) (1995), the decision of this court in *Evans v. State*, 212 Ga. App. 805 (443 SE2d 296) (1994), is reversed, and the judgment of the trial court is hereby affirmed.

*Judgment affirmed. Beasley, C. J., McMurray, P. J., Birdsong, P. J., Pope, P. J., Andrews, Johnson, Blackburn and Smith, JJ., concur.*

DECIDED APRIL 20, 1995.

*Arleen E. Gardenhire,* for appellant.
*Johnnie L. Caldwell, Jr., District Attorney, Daniel A. Hiatt,*

*Assistant District Attorney,* for appellee.